IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| ARTHUR ROGERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 03-BE-3442-S |
| | ) | |
| DR. ROBBINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 12, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1404(a). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1404(a). An appropriate order will be entered.

DATED this 8th day of June, 2004.

_____
KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE